

# IN THE
# TENTH COURT OF APPEALS

## No. 10-07-00158-CV

**APPARAJAN GANESAN,**

                                                                                                **Appellant**

 v.

**BECKY TIBBS, CODY GINSEL, CYNTHIA WOODS, JASON MANUEL, JOSE GARCIA,**

                                                                                                **Appellees**

---

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 23300**

---

## MEMORANDUM  OPINION

---

Apparajan Ganesan was in prison when he began pursuing an appeal of an adverse judgment rendered in a civil suit he filed against various prison personnel.  We have had difficulty in shepherding this appeal to a timely disposition.  We abated this appeal while Ganesan was being process for release from prison.  It was reinstated on January 13, 2009.

Pursuant to the abatement order, Ganesan was ordered to provide to this Court by February 2, 2009 and serve on all parties to this proceeding notice of his address for

receiving notices and service of documents related to this proceeding. Ganesan was also ordered to inform the Court by February 2, 2009 what motions on file needed to be resolved and what other issues needed to be addressed prior to the start of the briefing schedule. Ganesan did not comply with the order.

Instead, Ganesan filed a "Request to extend time limits." His request was denied. Further, we ordered Ganesan to do two things. First we ordered him to "[o]n or before April 21, 2009, … *provide to this Court and serve on all parties to this proceeding notice of his address for receiving notices and service of documents related to this proceeding*. If appellant fails to provide the address as ordered herein, this proceeding may be dismissed without further notice. *See* TEX. R. APP. P. 42.3(c)." (Emphasis added). Second, we ordered Ganesan to "[o]n or before April 21, 2009, … inform the Court what motions on file need to be resolved and what other issues need to be addressed prior to the start of the briefing schedule. If appellant does not inform the Court as to what motions or issues need to be resolved or addressed, appellant's brief will be due May 5, 2009." Ganesan has not fully complied with either of these directives.

Instead, Ganesan presented a Motion to Correct the Court Records. In the motion, he complains about missing exhibits, a 2-3 hour break that was not recorded by the court reporter, and the "completely random" manner in which the clerk's record is assembled. He provides no notice of his address for receiving notices and service of documents related to this proceeding. An address is included in the signature block, but Ganesan does not state that this is the address for receiving notices and service of

documents.  Additionally, Ganesan does not inform the Court what motions currently on file need to be resolved.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed May 6, 2009
[CV06]